IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE KING, | ) |
| Plaintiff, | ) |
| | ) No. 2:13-cv-00009 |
| v. | ) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN, | ) Magistrate Judge Brown |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Willie King's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a Brief in Support (Doc. No. 16). Defendant Commissioner of Social Security filed a Response to Plaintiff's Motion. (Doc. No. 19.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied. (Doc. No. 21 at 17.) The Report was filed on January 23, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 17–18.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ____ day of February, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT